JENNIFER CANGRO, Appellant, v GINA MARIE REITANO, Respondent.

Decided November 18, 2015

Appeal dismissed, without costs, by the Court of Appeals,

sua sponte, upon the ground that no substantial constitutional question is directly involved.